ORIGINAL

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
APR 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Roland STEVENSON #170524
(Enter above the full name of the plaintiff in this action)

By mail
05-191 FP.

V.

C/O J. MORGAN, (Shift Commander J. SCARBOROGH)
(HEARING OFFICER STAFF LT LARRY SAVAGE)

(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

YES [X]    NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs Roland STEVENSON #170524

Defendants JOE Hudson, C/O P. Villarreal, C/O A. Well

2. Court (if federal court, name the district, if state court, name the county)
   IN THE JUSTICE OF THE PEACE COURT OF DELA. NEW CASTLE County

3. Docket Number C.A. J04120000709

4. Name of judge to whom case was assigned
   Honorable Judge Robert Armstrong

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Judgement was awarded to Defendants.

6. Approximate date of filing lawsuit   12/9/04

7. Approximate date of disposition   2/15/05

II. A. Is there a prisoner grievance procedure in this institution?  YES [X]  NO [ ]

   B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES [X]  NO [ ]

   C. If your answer is YES,

      1. What steps did you take?  Filed Grievance And as usually, I never get an answer.

      2. What was the result?  Never got a answer

   D. If your answer is NO, explain why not  N/A

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [X]  NO [ ]

   F. If your answer is YES,

      1. What steps did you take?  Filed Grievance

      2. What was the result?  Never recieved an answer.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff **Roland Stevenson #170524 D.C.C.**
   Address **1181 Paddock Rd. Smyrna, Del**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B. Defendant **C/O J. Morgan** is employed as **Correctional Officer** at **Delaware Correctional Center**

C. Additional Defendants **Shift Commander J. Scarborough Hearing Officer Staff Lt Larry Savage**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 2/15/05 I carry Joe Hudson Support Service Manager, C/O P. Villarreal, C/O A. Webb to court about my personal property that came up missing. Right returning on 2/17/05 the Property Room Officer J. Morgan wrote me up for ① Disorderly or Threatening Behavior, ② possession of Non-Dangerous Contraband. Shift Commander J. Scarborough approved this write-up and knew that it was retaliation on C/O J. Morgan part. Hear Officer, Staff Lt Larry Savage didn't give me the opportunity to face-3- my accuser and if you read the write up. you don't see no where in it that I got Disorderly or threatening. I never knew C/O J. Morgan wrote me up and never took nothing off of me like she mentioned in the write up.

Cont From pg ③

This is all over a new paper article concerning the 7/12/2004 incident at D.C.C. I was reading a news paper that was left in the hall way. Later on that evening I was transfer to another unit. So whoever packed my property, packed the news paper article with my property. The news paper may have had some stuff under line. Nevertheless, this my first amendment right.

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

Pull The WRITE up from my Record And Return me Back To Florida off of This ENTERSTATE TRANSFER

Signed this 18th day of March, 2005

_Roland S Leveman #170524_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/18/05
Date

_Roland Steveman #170524_
(Signature of Plaintiff)