IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Roland STEVENSON
  PLAINTIFF

v.

C/O J. MORGAN, SHIFT
COMMANDER J. SCARBOROH,
AND HEARING OFFICER STAFF LT
LARRY SAVAGE,
  DEFENDANTS,

Civ. No. 05-191-Gms

FILED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR EXTENSION

I, Roland STEVENSON AM ASKING THIS HONORABLE COURT FOR AN EXTENSION OF 30 more days. I HAVE NO MORE FUNDS IN MY INMATE ACCOUNT. I'M WAITING FOR FUNDS NOW. PLEASE GRANT THIS MOTION.

DATE: MAY 17, 2005

Roland Stevenson
Roland STEVENSON
#170524

I/M Roland Stevenson
SBI# 170504   Unit 21-D441
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, Delaware
19801-3570