IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND STEVENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-191-GMS |
| | ) |
| C/O J. MORGAN, SHIFT | ) |
| COMMANDER J. SCARBOROGH, and | ) |
| HEARING OFFICER STAFF LT | ) |
| LARRY SAVAGE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 25, 2005, this Court entered an order granting leave to proceed in forma pauperis, assessed $4.18 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, on May 18, 2005, the plaintiff filed a motion for an extension of time to file the authorization form (D.I. 4);

WHEREAS, on June 15, 2005, this Court granted the plaintiff's motion for an extension of time to file the authorization form (D.I. 5);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case

would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this __1st__ day of ___August___, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge

FILED
AUG 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE